UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-cv-23591-CMA

**MEDIATION REPORT**

JESUS GONZALEZ,

    Plaintiff(s),

vs

32 AVE VALERO CORP,

    Defendant(s).
_____/

The undersigned, Heidi Roth, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: October 22, 2020. The results of the mediation conference are as follows:

\_\_\_ All required parties were present *or*

\_\_\_ The following required parties were not present:

_____

\_\_\_ An agreement was reached.

✓ A **confidential** settlement agreement was reached.

\_\_\_ No agreement was reached.

\_\_\_ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

\_\_\_ The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

\_\_\_ Other: _____

Respectfully Submitted:

*/s/ Heidi Roth*

Heidi Roth, Esq.
Florida Bar No.: 356034
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel