UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23591-CIV-ALTONAGA/Torres

**JESUS GONZALEZ**,

    Plaintiff,
v.

**32 AVE VALERO CORP.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 23, 2020, the Court entered an Order Administratively Closing Case [ECF No. 16] requiring the parties to file a stipulation of dismissal within 60 days of the Order. To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply. Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of December, 2020.

                                          _____
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record